UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JOSEPH RICHARDSON, CDCR #D-11329,<br><br>                                   Plaintiff,<br><br>                    vs.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, DR. E. ESTOCK and DR. QUANG VO,<br>                                   Defendants. | Case No.:  3:25-cv-3416-JES-LR<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND FAILURE TO PROSECUTE** |

On November 24, 2025, Plaintiff Wayne Joseph Richardson, a state inmate proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983, along with a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1-2. Plaintiff alleged medical malpractice for being incorrectly diagnosed with and treated for Lupus for more than thirteen years. ECF No. 1 at 2.

On March 17, 2026, the Court granted Plaintiff leave to proceed IFP and dismissed the Complaint without prejudice for failure to state a claim. ECF No. 3 at 4-5, citing *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) ("Medical malpractice does not become a constitutional violation merely because the victim is a prisoner.") and *Farmer v. Brennan*,

511 U.S. 825, 835 (1994) (holding that "[D]eliberate indifference [necessary to state an 42 U.S.C. § 1983 denial of medical care claim] describes a state of mind more blameworthy than negligence" and "more than ordinary lack of due care for the prisoner's interests or safety.")

Plaintiff was instructed on the requirements for stating a § 1983 claim and granted leave to amend on or before May 1, 2026. *Id*. at 5-7. Plaintiff was further instructed that failure to amend would result in dismissal of this action for failure to state a claim and failure to prosecute. *Id*. at 7-8, citing *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.")

As of the date of this Order Plaintiff has not filed an amended complaint, nor has he contacted the Court. Accordingly, the Court **DISMISSES** this action without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and for failure to prosecute. The Clerk of Court shall enter final judgment accordingly and close the file.

**IT IS SO ORDERED**.

Dated:  June 16, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge